# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES LEWIS ATKINS, JR., <br> #1031289-6-C-28 <br><br> Plaintiff, <br><br> vs. <br><br> MEDICAL DEPARTMENT CLARK <br> COUNTY DETENTION CENTER, *et al.*, <br><br> Defendants. | 2:09-cv-01302-JCM-RJJ <br><br> **ORDER** |

On December 10, 2009, plaintiff filed a motion to change venue (docket #5). However, this action was dismissed without prejudice on August 13, 2009 (docket #3) because plaintiff had filed only an application to proceed *in forma pauperis* and failed to include a complaint. Judgment was entered by the clerk also on August 13, 2009 (docket #4). Accordingly, this case is closed. Plaintiff is advised that if he wishes to seek relief he shall file a new application to proceed *in forma pauperis*, with the requisite financial information, **and** a complaint, in a new case. Plaintiff shall file no further documents in this closed case.

**IT IS THEREFORE ORDERED** that plaintiff's motion to change venue (docket #5) is **DENIED** because this case is closed.

**IT IS FURTHER ORDERED** that plaintiff shall file no further documents in this closed case. Any further documents that plaintiff attempts to file in this case shall be stricken.

DATED this 23rd day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE

2